# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00207-CR

**Jonathan Senovio Aguilar, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT
### NO. CR-06-354, HONORABLE GARY L. STEEL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Jonathan Senovio Aguilar seeks to appeal a judgment of conviction for aggravated assault with a deadly weapon. Sentence was imposed on February 13, 2007. There was no motion for new trial. The deadline for perfecting appeal was therefore March 15, 2007. *See* Tex. R. App. P. 26.2(a)(1). Notice of appeal was mailed on April 3, 2007 and filed on April 9, 2007. A motion for extension of time for filing notice of appeal was filed on April 18, 2007, and an amended notice was filed two days later. Neither the notice of appeal nor the motion for extension of time was filed within the fifteen-day grace period, and the motion and amended motion are overruled. *See* Tex. R. App. P. 26.3. Under the circumstances, we lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522-

23 (Tex. Crim. App. 1996). Aguilar must seek an out-of-time appeal by means of a post-conviction habeas corpus application. *See* Tex. Code Crim. Proc. Ann. art. 11.07 (West 2005).

     The appeal is dismissed.

_____

G. Alan Waldrop, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed for Want of Jurisdiction

Filed:  May 8, 2007

Do Not Publish